838 A.2d 462

IN THE MATTER OF ALLEN JOSEPH MEYER AN ATTORNEY AT LAW (ATTORNEY NO. 013991983).

December 23, 2003.

## O R D E R

**ALLEN JOSEPH MEYER** formerly of **SEA GIRT**, who was admitted to the bar of this State in 1983, having pleaded guilty to a felony information filed in the United States District Court for the District of New Jersey charging him with one count of conspiracy to make false statements, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ALLEN JOSEPH MEYER** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ALLEN JOSEPH MEYER** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ALLEN JOSEPH MEYER** comply with *Rule* 1:20–20 dealing with suspended attorneys.